UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

November 19, 2003

2:45 P.M.

*Held 3:45-3:50 PM (5 min.)*

CASE NO. <u>3:01CV1663</u> (JGM) <u>**Carpentino v. D'Amato**</u>

| | |
|---|---|
| Marisa A. Bellair<br>Lynch, Traub, Keefe & Errante<br>52 Trumbull St., Po Box 1612<br>New Haven, CT 06506<br>203-787-0275 | Gary Depalma<br>Michael D'Amato |
| Hugh F. Keefe<br>Lynch, Traub, Keefe & Errante<br>52 Trumbull St., Po Box 1612<br>New Haven, CT 06506<br>203-787-0275 | Gary Depalma<br>Michael D'Amato |
| Dawne Westbrook<br>P.O. Box 2502<br>Middletown, CT 06457<br>860-538-3498<br>860-346-1028 (fax)<br>dawne_westbrook@yahoo.com | Linda Carpentino |
| John R. Williams<br>Williams & Pattis<br>51 Elm St., Ste. 409<br>New Haven, CT 06510<br>203-562-9931<br>203-776-9494 (fax)<br>jrw@johnrwilliams.com | Linda Carpentino |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK