IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------x

LINDA CARPENTINO

V.                                    :    3:01 CV 1663 (JGM)

MICHAEL D'AMATO ET AL.                :    DATE: NOV. 19, 2003

------------------------------------------------x

### MEMORANDUM OF STATUS CONFERENCE

Date of Conference:    November 19, 2003

Attorneys Present:    Norm Pattis, Esq.
(For Plaintiff)(by telephone)

Hugh Keefe, Esq.
(For Defendants)(by telephone)

### DISCUSSIONS

Counsel agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel, defendants' Motion for Summary Judgment shall be filed **on or before November 19, 2003**, plaintiff's brief in opposition shall be filed **on or before December 19, 2003**, and defendants' reply brief, if any, may be filed **on or before January 5, 2004**.

2. By further agreement of counsel, jury selection on January 5, 2004 is hereby postponed.

3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

AO 72A
(Rev. 8/82)

Dated at New Haven, Connecticut, this 19th day of November, 2003.

Joan Glazer Margolis
U.S. Magistrate Judge

2

AO 72A
(Rev. 8/82)