UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA CARPENTINO, | : | CIVIL NO. 3:01CV1663(JGM) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| MICHAEL D'AMATO and | : | |
| GARY DEPALMA, | : | |
| Defendants. | : | NOVEMBER 20, 2003 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Defendants hereby move for summary judgment in their favor as to the Plaintiff's Complaint dated December 31, 2001. The Defendants contend their entry into the Plaintiff's house was lawful because it fell within the "exigent circumstances" exception to the warrant requirement. In addition, Plaintiff's emotional distress claim must fail because she cannot prove that the Defendants entry into her home was sufficiently outrageous. Finally, the Defendants are entitled to qualified immunity because it was objectively reasonable for them to believe that their search of the Plaintiff's home was legal under the circumstances.

Therefore, because there are no genuine issues of material fact, the Defendants

are entitled to judgment as a matter of law.

A Memorandum of Law in support of this motion is attached hereto.

THE DEFENDANTS,
MICHAEL D'AMATO and
GARY DEPALMA

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street
New Haven, CT 06510
(203) 787-0275
Federal Bar No. ct05106

## CERTIFICATION

I hereby certify that a copy of the above was mailed on November 20, 2003 to all counsel and pro se parties of record as follows:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

_____
Hugh F. Keefe, Esq.

W:\EAST HAVEN\CARPENTINO\MOTION FOR SJ.DOC