UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA CARPENTINO, | : | CIVIL NO. 3: 01CV1663 (JGM) |
|     Plaintiff, | : | |
| V. | : | |
| MICHAEL D'AMATO and<br>GARY DEPALMA, | : | |
|     Defendants. | : | NOVEMBER 20, 2003 |

### DEFENDANTS' LOCAL RULE 56(a) STATEMENT

Pursuant to Federal Rule Civil Procedure 56(c) and Local Rule 56(a), the defendants, hereby submit the following Statement of Facts Not In Dispute in support of their Motion for Summary Judgment and Memorandum of Law in support thereof dated September 2, 2003.

1. On September 7, 2000, the Plaintiff, Linda Carpentino was the owner of a dwelling located at 1192 North High Street in East Haven, Connecticut. (Pl.'s Compl. ¶ 3).

2. On the aforementioned date, Defendants Michael D'Amato and Gary DePalma were duly appointed officers in the police department of the Town of East Haven. (Pl.'s Compl. ¶ 4).

3. Defendants D'Amato and DePalma are being sued in their individual capacities only. (Pl.'s Compl. ¶ 4).

4. At all times relevant to this action, the Defendants were acting under color of law. (Pl.'s Compl. ¶ 5).

1

5. On the morning of September 7, 2000, Defendant D'Amato received a report from a motorist that as she was driving south on North High Street a dart board flew from the West side of North High Street. (Case/Incident Report at 1; Pl.'s Dep. Tr. at 12-13).

6. The area where the dart board originated from was a steep, private road, with only four houses. (Case/Incident Report at 1; Pl.'s Dep. Tr. at 13,20).

7. On the date of the incident, the rear sliding glass door to the Plaintiff's residence was left open. (Case/Incident Report at 1; Pl.'s Dep. Tr. at 16; M. Carpentino Dep. Tr. at 17-18).

8. From the exterior, the house looked as though it had been ransacked. (Pl.'s Dep. Tr. at 30; Case/Incident Report at 1).

2

                                        THE DEFENDANTS,
                                        MICHAEL D'AMATO and
                                        GARY DEPALMA

BY: _____
        HUGH F. KEEFE, ESQ.
        52 Trumbull Street
        New Haven, CT 06510
        (203) 787-0275
        Federal Bar No. ct05106

.

## CERTIFICATION

I hereby certify that a copy of the above was mailed on November 20, 2003 to all counsel and pro se parties of record as follows:

Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

_____
Hugh F. Keefe, Esq.

4

Case 3:01-cv-01663-JGM   Document 45   Filed 11/21/2003   Page 4 of 4