FILED

Dec 9  11 27 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA CARPENTINO | : |
| VS. | : NO. 3:01CV1663(JGM) |
| MICHAEL D'AMATO and GARY DEPALMA | : DECEMBER 9, 2003 |

## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff, LINDA CARPENTINO, respectfully moves this Court to grant her an extension of time of twenty (20) days, up to and including December 30, to file a response to defendants' Motion for Summary Judgment.

In support of this motion, plaintiff represents as follows:

1. Plaintiff's counsel was notified on Friday, December 5 that she was scheduled to begin a trial in Superior Court in New Haven on December 9, and it is anticipated that the trial will extend through December 17.

2. This is the first request for an extension of time requested by the plaintiff.

3. Plaintiff contacted the attorney for the defendants on December 8, but received no response to her call at the end of business December 8.

WHEREFORE, plaintiff respectfully requests that her Motion for Extension of Time be granted.

THE PLAINTIFF

BY: _____