A   I can't remember.

Q   How about if you were to walk in the room where would the hole be, on your right or on your left?

A   I want to say my left side.

Q   How big would you say the hole was?

A   The tv wasn't a big tv so the hole was a decent size, but not, like, very big.

Q   When you reference the tv, is there any reason why you are saying--you are talking about the tv and the hole all in the same sentence.

A   Because I feel that is what the damage was from, was from the tv.

Q   Did you observe the officers damage your brother's bedroom in any way?

A   Let them know?

Q   No. Did you see the officers cause any damage to Martin's bedroom?

A   Oh, no, I did not.

Q   When did you first notice that there was damage to his bedroom?

A   Not until once they left.

Q   How long after they left did you notice this damage?

A   A couple of minutes because we looked through the house to see if anything happened.

Q   Were you alone when you noticed the damage?

A   No, I wasn't.

Q   Who was with you?

A   My aunt had noticed it, and then I noticed it.

Q   Anyone else?

A   The rest of the family ended up seeing it.

Q   What time did--did your uncle ever come home after this particular incident? And if so, what time?

A   I would say probably around four. That is usually when he comes home.

Q   What about any of your cousins?

A   My cousin Anthony came home a little while after us. I would say two thirty.

Q   What about Martin?

A   The father or the son?

Q   The son. I'm sorry.

A   Oh, I couldn't tell you for sure.

Q   What about Jennifer, did she come home after the incident?

A   I believe she was away at school at that time.

Q   What about Robert?

A   Him, I believe he was too, at UConn.

Q   Okay. Now, other than the damage that was in Martin's bedroom had anything else in the house been disturbed?

A   No.

Q   Was anything unusual to you inside the house?

A   No.

Q   Where were you exactly inside the home when your aunt arrived from work?

A   At the top of the stairs.

Q   Where in the house was the phone that you used to call her?

A    In the kitchen. At the top of the stairs.

Q    Now, when your aunt got home did she talk to anyone?

A    As in calling a neighbor, or the police officers?

Q    Did she talk to you when she got home?

A    When she walked in the police officers were still there so she was talking to them.

Q    Did she talk to you when she got home?

A    Yes.

Q    What did she say to you?

A    She just asked me exactly what was going on; if they were there before we got there, and that was basically it.

Q    When you say, that is basically it, did you tell her anything else?

A    Just about the fact about the chair and the hallway.

Q    Anything else?

    MS. ENGSTROM: I'm sorry, you're asking her what she told Linda Carpentino?

    MS. BELLAIR: No.

    MS. ENGSTROM: We don't understand the question then.

    MS. BELLAIR: Maybe you don't, but it seemed like she did. She can answer the question.

    MS. ENGSTROM: Do you know the question currently?

A    Are you asking me what I told my aunt?

Q    I am asking you what your aunt asked you.

A    Yes, she just asked me if they were there before we got there; if I noticed anything, and I believe I mentioned to her about our neighbor.

Q   Anything else?

A   As far as I can recall that was it.

Q   Did she say anything to you? Your aunt.

A   Not that I can tell you for sure.

Q   Now, did you observe her talking to any of the officers?

A   Yes.

Q   Did you hear anything that they talked about?

A   I was paying attention to what they were saying, but I can't tell you the conversation because I don't exactly remember.

Q   Okay, that's fine. Did you hear any of the officers ask your aunt if they could check downstairs?

A   No, I didn't.

Q   Do you know if any of the rooms downstairs are locked?

A   Yes.

Q   Which rooms?

A   I know for a fact my sister's room was locked because they mentioned that they couldn't get in there because the door was locked.

Q   When you say, your sister's room, whose room would this be?

A   Jennifer.

Q   Any other rooms locked?

A   My cousin Anthony's is usually locked, but I don't know if it was locked at that time.

Q   Any other rooms?

A   Sometimes Marty's.

Q   When you say, sometimes, do you know if it was locked

on this particular day?

    A    No, I don't.

    Q    Did you have any idea why the officers were in your house?

    A    When I first walked in I had absolutely no clue.

    Q    What about later, did you come to learn why they were there?

    A    Yes. Because they were looking for somebody.

    Q    Did they tell you this?

    A    Actually, yes, they did.

    Q    What specifically did they say to you?

    A    Actually, when they were walking down the hallway with the chair they mentioned the fact they were looking for somebody because they got a call, I would like to say, about somebody getting a dart board hitting a car, or something like that.

    Q    Did they say anything else?

    A    No.

    Q    Now, do you have any idea where the dart board they were investigating might have came from?

    A    The dart board was our neighbor's, the Waldren's.

    Q    Where did the Waldren's live in relation to your house?

    A    Next door.

    Q    Did they live there at the time of this incident?

    A    No, they didn't.

    Q    Who lived in that house where the dart board was at the time of the incident?

    A    Dolly, I believe, yes.

    Q    Did you ever have occasion to use the dart board?

A    No.

Q    What about anyone in your family?

A    No.

Q    Did you ever observe Dolly use the dart board?

A    No.

Q    When was the last time you had seen the dart board?

A    I really don't know about the dart board exactly. I heard about it because I heard that they had left it there. But mainly when I heard about it was when the police officer said something.

Q    Now, did the officers tell you they entered the house because they found the rear sliding glass door open?

A    They said they looked around the house and went in through the back.

Q    Did they tell you that they found the door open?

        MS. ENGSTROM: Objection. Vague.

Q    In the back.

        MS. ENGSTROM: Okay.

Q    Did they tell you that they found the rear sliding glass door, did they tell you that they found that open?

A    They said it was unlocked.

Q    Did they tell you that it was cracked, meaning that there was a gap between where the door would close and the door itself?

A    I believe they said that about the screen door. I could not tell you for sure about the glass door.

Q    Is it normal for this door to be open?

    A    If it would be anything it would be unlocked, but it would never be opened.

    Q    Is it normally left unlocked?

    A    Not usually.

    Q    When you say, not usually, how often might it be left unlocked?

    A    Well, I can say for now it is always locked, but back then I couldn't tell you for sure.

    Q    Now, to your knowledge did both officers leave your home at the same time?

    A    Yes.

    Q    Did they come in more than one car?

    A    No.

    Q    So there was only one car that they had.

    A    Yes.

    Q    To your knowledge did they seize anything or take anything from your house?

    A    No.

    Q    Now, you mentioned to me earlier that there was damage to Martin's bedroom. Was this damage repaired at any time?

    A    I believe so. Yes, it was.

    Q    Do you know who made the repairs?

    A    My uncle did.

    Q    Do you know how long after the incident that he repaired the damage?

    A    I could not tell you for sure.

    Q    To your knowledge was this damage ever reported to

anyone on the East Haven Police Department?

A    Yes, I believe so.

Q    Do you know who reported the damage?

A    I believe it was my Aunt Linda, or Martin.

Q    Do you know who they might have spoken with?

A    No, I do not.

Q    To your knowledge did your family ever have problems with the rear sliding glass door in terms of it not opening or closing the right way?

A    No.

Q    What about problems locking?

A    Our door usually always locks easily.

Q    What about any of the other doors in your house?

A    No.

Q    To you knowledge has this incident affected your aunt in any way?

A    Yes.

Q    Can you explain that for me.

A    Everything is always locked whether she is blow drying her hair, sleeping, or just stepping out.

Q    Anything else?

A    She is very alarming when it comes to us, making sure that she knows where we are, what time we are coming home.

Q    Anything else?

A    That's basically it.

Q    Now, is this a significant change in terms of how she was prior to the incident?

C E R T I F I C A T I O N

UNITED STATES DISTRICT COURT    :
DISTRICT OF CONNECTICUT         :

    I, Robert Geci, a Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that in File No. 3:01 CV01663(JBA), now pending in the United States District Court, District of Connecticut, wherein Linda Carpentino is the plaintiff and Officer Michael D'Amato, Officer Gary DePalma and the Town of East Haven are the defendants, there were in attendance at the taking of the foregoing deposition on Monday, January 20, 2003, at 10:40 a.m. at the offices of Lynch, Traub, Keefe & Errante, 52 Trumbull Street, New Haven, Connecticut, counsel for the respective parties as appear hereinbefore and the deponent, Ms. Nicole Shea, who, upon being by me duly sworn, was questioned and testified as appears in the foregoing deposition; that said deposition was taken stenographically by me in the presence of counsel and thereafter reduced to typewriting.

    I also certify that I am neither of counsel nor attorney to any of the parties to said suit, nor am I an employee of any party to said suit or of counsel in said suit, nor am I interested in the outcome of said cause.

    In witness whereof I have hereunto set my hand and affixed my notarial seal this twenty second day of January, 2003, at New Haven, Connecticut.

                                                  _____
                                                  Robert Geci
(My commission expires November 2005.)   Notary Public