FILED

Jan 8   11:59 AM '04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA CARPENTINO | : |
| VS. | : NO. 3:01CV1663(JGM) |
| MICHAEL D'AMATO and GARY DEPALMA | : JANUARY 7, 2004 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as additional counsel in this case for the plaintiff,

LINDA CARPENTINO.

*[signature]*
KATRENA ENGSTROM
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct09444
Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on January 7, 2004, to the following counsel of record:

Hugh F. Keefe, Esq.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06505-1612

KATRENA ENGSTROM

Case 3:01-cv-01663-JGM    Document 50    Filed 01/08/2004    Page 2 of 2