## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LINDA CARPENTINO

    v.                                                                          Civil No. 3:01CV1663(JGM)

MICHAEL D'AMATO AND
GARY DEPALMA

### **JUDGMENT**

This matter came on for consideration on the defendants' motion for summary judgment before the Honorable Joan G. Margolis, United States Magistrate Judge. A Consent to Trial before a United States Magistrate Judge was approved on 3/21/03.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 4, 2004, entered a Ruling on Defendants' Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 8th day of March, 2004.

                                                    KEVIN F. ROWE, CLERK
                                                    By

                                                    _____/s/_____
                                                    P.A. Moore
                                                    Deputy Clerk

EOD: _____